```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
              CASE NO. 06-14078-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

NIURKA GUTIERREZ,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on February 12, 2007. A Report and Recommendation filed on February 23, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Seven of the Indictment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of May, 2007.

                                _____
                                DONALD L. GRAHAM
                                UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Corey Steinberg, AUSA
        Richard Della Fera, Esq.
```